UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLOS A. MCGREW (#413135)

VERSUS

LT. CINDI VANNOY, ET AL

CIVIL ACTION

NO. 10-538-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 10, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion to Dismiss (rec.doc.no. 34) shall be granted, dismissing the plaintiff's claims asserted against the defendant, with prejudice. Further, the defendants' second-filed Motion to Dismiss (rec.doc.no. 42) shall be denied as moot, and this action shall be dismissed.

Baton Rouge, Louisiana, July 14, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA